UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ANNA MOHR-LERCARA, individually and on
behalf of all other similarly situated,
               Plaintiff,

**ORDER**

v.

18 CV 1427 (VB)

OXFORD HEALTH INSURANCE, INC.;
OPTUM, INC.; and OPTUM RX, INC.,
               Defendants.
---------------------------------------------------------------x

The Court conducted a case management conference today, at which counsel for plaintiff and defendants appeared in person.

Accordingly, it is HEREBY ORDERED:

1. By April 30, 2020, the parties shall submit a joint letter regarding the status of settlement.

2. The next case management conference is scheduled for September 3, 2020, at 2:30 p.m.

3. Plaintiff's motion for class certification shall be served and filed by October 5, 2020.

4. Defendants' opposition to plaintiff's motion for class certification shall be served and filed by November 9, 2020.

5. Plaintiff's reply, if any, shall be served and filed by December 7, 2020.

Dated: February 19, 2020
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge