UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ANNA MOHR-LERCARA, individually and on
behalf of all other similarly situated,
          Plaintiff,

v.

OXFORD HEALTH INSURANCE, INC.;
OPTUM, INC.; and OPTUM RX, INC.,
          Defendants.
--------------------------------------------------------------x

**ORDER**

18 CV 1427 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2021

     The Court conducted a case management conference today, at which counsel for plaintiff and defendants appeared by telephone.

     Accordingly, it is HEREBY ORDERED that the deadline for the submission of the parties' Joint Pretrial Order is stayed pending further order of the Court. All other deadlines in the Third Amended Civil Case Discovery Plan and Scheduling Order and the addendum thereto (Doc. #97) remain the same.

Dated: January 13, 2021
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge